UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOANNA LEE BENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEC C. COVINGTON, WILLIAM R. VOSS, CHRISTOPHER W. BODINE, MICKEY P. FORET, DOUGLAS A. HACKER, HAWTHORNE L. PROCTOR, NASH-FINCH COMPANY, SPARTAN STORES, INC., and SS DELAWARE, INC.,<br><br>Defendants. | File No. 13-cv-02574 (ADM/SER)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties stipulate to Plaintiff's voluntary dismissal of the above-entitled matter pursuant to Federal Rule of Civil Procedure 41(a)(2).

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiff Joanna Lee Benson, individually and on behalf of all others similarly situated, and Defendants Alec C. Covington, William R. Voss, Christopher W. Bodine, Mickey P. Foret, Douglas A. Hacker, Hawthorne L. Proctor, Nash-Finch Company, Spartan Stores, Inc., And SS Delaware, Inc., that the matter may be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an order dismissing the matter with prejudice, without taxation of costs, and without further notice to any of the parties.

478884.1

Date: February 14, 2014         **s/ Karen H. Riebel_____**
                                **LOCKRIDGE GRINDAL NAUEN PLLP**

                                Karen Hanson Riebel
                                100 Washington Avenue S. Suite 2200
                                Minneapolis, MN  55401-2179
                                Telephone: (612) 339-6900
                                Facsimile: (612) 339-0981
                                khriebel@locklaw.com

                                **LEVI & KORSINSKY, LLP**
                                Shane T. Rowley
                                30 Broad Street, 24th Floor
                                New York, NY  10004
                                Telephone: (212) 363-7500
                                Facsimile: (866) 367-6510
                                srowley@zlk.com

                                *Attorneys for Plaintiff Joanna Lee Benson*

Dated:  February 14, 2014       **s/_Melanie A. Full_____**
                                **STINSON LEONARD STREET LLP**
                                Douglas R. Peterson
                                Melanie A. Full
                                150 S 5th St, Suite 2300
                                Minneapolis, MN 55402
                                Telephone: (612) 335-1460
                                Facsimile: (612) 335-1657
                                douglas.peterson@stinsonleonard.com
                                melanie.full@stinsonleonard.com
                                Assigned: 10/09/2013

                                *Attorneys for Defendant Nash Finch Company*

|  |  |
|---|---|
| Dated:  February 14, 2014 | **s/ _Bret A. Puls_____**<br>**OPPENHEIMER WOLFF & DONNELLY LLP**<br>Dennis E. Hansen<br>Bret A. Puls<br>222 S 9th St. Suite 2000<br>Minneapolis, MN 55402<br>Telephone: (612) 607-7000<br>Facsimile: (612) 607-7100<br>dhansen@oppenheimer.com<br>bpuls@oppenheimer.com<br><br>***Attorneys for Defendants SS Delaware, Inc. and Spartan Stores, Inc.*** |