# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOANNA LEE BENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEC C. COVINGTON, WILLIAM R. VOSS, CHRISTOPHER W. BODINE, MICKEY P. FORET, DOUGLAS A. HACKER, HAWTHORNE L. PROCTOR, NASH-FINCH COMPANY, SPARTAN STORES, INC., and SS DELAWARE, INC.,<br><br>Defendants. | File No. 13-cv-02574<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the above-entitled matter having been voluntarily dismissed by Plaintiff, pursuant to the Stipulation for Dismissal with Prejudice [Doc. No. 11] executed by counsel,

**IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 18, 2014.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE