≈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

JOANNA LEE BENSON, individually and on behalf of all others similarly situated,

          Plaintiff,

V.

ALEC C. COVINGTON, WILLIAM R. VOSS, CHRISTOPHER W. BODINE, MICKEY P. FORET, DOUGLAS A. HACKER, HAWTHORNE L. PROCTOR, NASH-FINCH COMPANY, SPARTAN STORES, INC., and SS DELAWARE, INC.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 13-cv-02574 ADM-SER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

| February 18, 2014 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/  M. Price |
| | (By)         M. Price  Deputy Clerk |